IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IRASEMA ROMERO<br>Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. _____ |

## DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL

Defendant **STATE FARM LLOYDS** files this Notice of Removal.

### PROCEDURAL BACKGROUND

1. This lawsuit concerns the alleged mishandling of an insurance claim under Policy No. 83-BZ-F596-0, issued to Irasema Romero by State Farm Lloyds. Plaintiff IRASEMA ROMERO filed this action on January 20, 2021, against State Farm General Insurance Company ("State Farm General"), in the 370th Judicial District Court of Hidalgo County, Texas. State Farm Lloyds was not named as a defendant in Plaintiff's Original Petition. The case was docketed under cause number C-0250-21-G (the "State Court Action").

2. Plaintiff filed her First Amended Petition naming State Farm Lloyds as a defendant on February 22, 2021.[1] Pursuant to the parties' agreement, Plaintiff served State Farm Lloyds through undersigned counsel on February 22, 2021.

3. State Farm Lloyds filed its Original Answer on February 25, 2021.

---

[1] State Farm General was served with process on January 27, 2021. On February 18, 2021, counsel for Plaintiff and the undersigned counsel entered into an agreement addressing the defect of parties.

4. State Farm Lloyds now timely files this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 370th Judicial District Court of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, McAllen Division.

## NATURE OF THE SUIT

5. This lawsuit involves a dispute over alleged non-payment or underpayment of insurance benefits and the handling of Plaintiff's insurance claim. Plaintiffs' claim is for damages allegedly sustained to her residential property as the result of wind and hailstorm damage on or about January 15, 2020. *See* Plaintiff's First Amended Petition at ¶ 10.

6. The First Amended Petition asserts causes of action against Defendant State Farm Lloyds for breach of contract, violations of Chapters 541 and 542 of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, breach of the common law duty of good faith and fair dealing, and common law fraud. *See* Plaintiff's First Amended Petition at ¶¶ 29-57. Plaintiff seeks damages including but not limited to actual damages, consequential damages, treble damages, exemplary damages, statutory interest, attorney's fees and court costs. *Id.* at ¶¶ 58-68.

## BASIS FOR REMOVAL

7. The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiff and State Farm Lloyds) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### *Diversity of Citizenship*

8. At the time the State Court Action was commenced, Plaintiff was and still is a resident and citizen of Texas. *See* Plaintiff's First Amended Petition at ¶ 2.

9. Defendant State Farm Lloyds was at the time this action was commenced, and still is, a citizen of Illinois. State Farm is a "Lloyd's Plan" organized under chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters who were at the time this action was commenced, and still are, all citizens and residents of Illinois, thereby making State Farm Lloyds a

citizen of Illinois for diversity purposes. See *Royal Ins. Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of members).

10. Because the only Plaintiff is a citizen of Texas and the only Defendant is a citizen of Illinois, there is complete diversity of citizenship.

### Amount in Controversy

11. In his First Amended Petition, Plaintiff expressly seeks "monetary relief over $145,000.00, but less than $250,000.00 including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees." *See* Plaintiff's First Amended Petition at ¶ 4.

12. Because Plaintiff seeks more than $75,000.00 on the face of the petition, the amount in controversy requirement is met.

### REMOVAL IS PROCEDURALLY CORRECT

13. This Notice of Removal is timely under 28 U.S.C. § 1446(b). State Farm Lloyds was served with process on February 22, 2021.

14. Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

15. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 1A – 1E).

16. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of State Farm Lloyds' Notice of Removal was promptly given to all parties and to the clerk of the 370th Judicial District Court of Hidalgo County, Texas.

17. All documents required by Local Rule 81 to be filed with this Notice of Removal are attached herein to the Index of Matters Filed (Exhibit 1).

## PRAYER

Defendant State Farm Lloyds respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. State Farm Lloyds also requests any additional relief to which it may be justly entitled.

Respectfully submitted,

/s/ *Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
Fed. ID No. 310028/State Bar No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON
NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Phone: (956) 294-4800
Facsimile: (956) 928-9564

Electronic Service to:
efile@ramonworthington.com
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**

Sofia A. Ramón
Fed. ID No. 20871/State Bar No. 00784811
Dan K. Worthington
Fed. ID No. 15353/State Bar No. 00785282
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
**RAMÓN WORTHINGTON
NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800
(956) 928-9564 – Fax

**Electronic Service to:
efile@ramonworthington.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2021 a true and correct copy of the foregoing document was served via e-FileTexas.gov to the following:

Shaun W. Hodge
Texas Bar No. 24052995
shodge@hodgefirm.com
**The Hodge Law Firm, PLLC**
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
**Attorneys for Plaintiff**

                                                          */s/ Elizabeth Sandoval Cantu*
                                                          Elizabeth Sandoval Cantu