United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IRASEMA ROMERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00077 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court's July 16, 2021 order dismissed all of Plaintiff Irasema Romero's claims with prejudice.[1] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's orders. The Court holds that Plaintiff takes nothing by this suit. Each party is to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 14.

1 / 1